Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JOHN F. HIRSCH, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

(Argued October 24, 1887; decided December 6, 1887.)

*E. C. Hawks* for appellant.

*Adelbert Moot* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES F. MEYERS, Appellant.

(Argued October 26, 1887; decided December 6, 1887.)

*A. R. Dyett* for appellant.

*McKenzie Semple* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JULIA C. CHAPIN, Respondent, *v.* HOPKINS N. MELOON et al., Appellants.

(Argued October 26, 1887, decided December 6, 1887.)

*Louis Hasbrouck* for appellants.

*Daniel Magone* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.